**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7092**

———————

ALVIN BERNARD TRUESDALE,

Plaintiff - Appellant,

versus

JOHN D. ASHCROFT; FEDERAL BUREAU OF PRISONS;
HARLEY G. LAPPIN, Director; R. E. HOLT,
Southeast Regional Director for Federal Bureau
of Prisons; JOSEPH V. SMITH, Warden; OFFICER
BROOKS, Unit Manager at FCI-Edgefield; D.
TAYLOR, Case Manager at FCI-Edgefield; JOHN
DOE; JANE DOE, I,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  David C. Norton, District Judge.
(8:05-cv-00078-DCN)

———————

Submitted: October 17, 2006      Decided: October 23, 2006

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alvin Bernard Truesdale, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin Bernard Truesdale appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Truesdale v. Ashcroft</u>, No. 8:05-cv-00078-DCN (D.S.C. Mar. 29, 30 & Apr. 21, 2006). We deny Truesdale's pending motions to disqualify the Defendants' counsel, to appoint counsel for him, to hold these proceedings in abeyance or to compel, for a conference, and for publication of the opinion in this case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>